**★ TEXAS DEPARTMENT OF CRIMINAL JUSTICE**    🏠 TDCJ Home    🔍 New Offender Search

42,842-01



# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 04468796 |
| **TDCJ Number:** | 01962628 |
| **Name:** | BELL,TIMOTHY LAWRENCE |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1970-08-20 |
| **Maximum Sentence Date:** | 2017-03-23 |
| **Current Facility:** | COLE |
| **Projected Release Date:** | 2015-08-13 |
| **Parole Eligibility Date:** | 2014-07-28 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day
on visitation days.* **Because this information is subject to change, family members and
friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | 2015-02-13 |
| **Scheduled Release Type:** | Parole to Detainer |
| **Scheduled Release Location:** | HUNTSVILLE |

*Scheduled release date, type, and unit may change without notice. Therefore, it is
highly recommended that you revisit this website to verify the release information
prior to departing to pick up any offender. This information applies only to prison
sentenced offenders and does not include State Jail or Substance Abuse
offenders. The primary release sites for prison sentenced offenders are the
Huntsville Unit (men) and the Gatesville Unit (women). Releasing at the primary
release sites is from 8 a.m. until 5 p.m., however, it is recommended that, if you
are picking up a released offender from a primary release site, you arrive at the
primary release site by 9 a.m. Offenders released from a primary release site will
receive bus vouchers. If the offender is not released from a primary release site,*

*contact the releasing unit for releasing time information.*

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2009-09-27 | OBSTRUCT/RETALIATION | 2014-10-27 | COLLIN | 4168265109 | 3-00-00 |
| 2009-09-27 | DWI W/CHILD < 15 YOA | 2014-10-27 | COLLIN | 4168265009 | 1-06-00 |

Return to Search list

---

*The Texas Department of Criminal Justice updates this information regularly to ensure that it is complete and accurate, however this information can change quickly. Therefore, the information on this site may not reflect the true current location, status, scheduled termination date, or other information regarding an offender.*

*For questions and comments, you may contact the Texas Department of Criminal Justice, at (936) 295-6371 or webadmin@tdcj.texas.gov. This information is made available to the public and law enforcement in the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal prosecution.*

---

New Offender Search    TDCJ Home Page